UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMELL LAMON CURETON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Property (#45), Motion to Dismiss (#62), Supplemental Motion to Dismiss (#125), and Motion to Unseal Document #65 (#157).

As to the Motion for Return of Property, the motion is granted in part and denied in part as directed during the May 13, 2015, hearing. The government shall Bates stamp the original privileged documents, make one copy of those Bates-stamped documents, file the Bates-stamped copy under seal with the Clerk of Court, and then return the originals to counsel for defendant. As to the non-privileged documents, the government shall Bates stamp copies of all non-privileged documents that defense counsel has determined are ACP. A copy of those Bates-stamped documents shall be provided to defense counsel, and defense counsel *may* then proceed to seek a protective order or other relief as to those documents in a manner similar to that employed under Rule 26, Federal Rules of Civil Procedure, by first creating a "privilege log." Counsel are encouraged, however, to meet and confer in an attempt to resolve this matter without further court intervention. As Learned Counsel has now been appointed, no further motion shall be filed on defendant's behalf henceforth without approval of such attorney.

As to the Motions to Dismiss, the court will hold such motions open pending completion of the review and supplementation by counsel as provided above

As to the Motion to Unseal Document #65 (#157), document number 65 is a court Order that has never been sealed. Reading the motion in a light most favorable to defendant, it appears that defendant is instead attempting to unseal his own Reply (#67). Such relief will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Return of Property (#45) is granted in part and denied in part as provided herein, decision on the Motion to Dismiss (#62) and Supplemental Motion to Dismiss (#125) is held in abeyance, and the Motion to Unseal Document #65 (#157) is GRANTED as to defendant's Reply, which is document #67.

Signed: May 15, 2015

Max O. Cogburn Jr.
United States District Judge