UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-229-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAMELL CURETON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Join In Motion And Reply For PreAuthorization Discovery In This Potential Capital Case Filed By Co-Defendant Hartley In ECF 269 And 316" (Document No. 395) filed January 12, 2016 by Defendant Jamell Cureton. Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that the "Motion To Join In Motion And Reply For PreAuthorization Discovery In This Potential Capital Case Filed By Co-Defendant Hartley In ECF 269 And 316" (Document No. 395) is **GRANTED**.

Signed: February 2, 2016

David C. Keesler
United States Magistrate Judge