UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMELL LAMON CURETON,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Join in Appeal of Denial of Defendant's Discovery Motion (#435). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Join in Appeal of Denial of Defendant's Discovery Motion (#435) is **GRANTED**, and counsel may join in the oral arguments calendared for February 22, 2016. Counsel is reminded that as the Order "appealed" from is a non-dispositive Order, the appeal is properly considered an "Objection" under Rule 59, and it will be movants' burden to demonstrate how the Order is clearly erroneous or contrary to law.

Signed: February 19, 2016

Max O. Cogburn Jr
United States District Judge